```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

    -against-                            (S4) 22-CR-673-04(LAK)

Nishad Singh (04),
        Defendant.
------------------------------x

<u>Order</u>

LEWIS A. KAPLAN, *District Judge.*

    Upon the application of the United States, and with the consent of the defendant, redacted copies of the (S4) superseding information and the Consent Preliminary Order of Forfeiture as to Specific Property shall be filed on the public docket and the unredacted originals of each document shall be kept by the Clerk of Court under seal pending further order of this Court.

    SO ORDERED.

Dated:    February 28, 2023

                                              Lewis A. Kaplan
                                              United States District Judge