UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

       -against-　　　　　　　　　　　　　　　　　　(S4) 22-CR-673-04(LAK)

Nishad Singh (04),

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Amended Bail Order

LEWIS A. KAPLAN, *District Judge.*

      At the initial appearance earlier today, the defendant's bail conditions as to defendant Nishad Sing were set as follows:

> $250,000 personal recognizance bond, co-signed by one financially responsible person; travel restricted to the continental United States; the defendant to surrender all travel documents and refrain from making any new applications; supervision as directed by Pretrial Services; and adherence to all other standard conditions of release.

      Now, at the recommendation of Pretrial Services, and with the consent of the Government and Defense counsel, the following conditions of supervision are added to the defendant's pretrial supervision cald [icous]:

> 1) The defendant shall maintain residence, and not relocate without prior approval from Pretrial Services;
>
> 2) The defendant shall submit to a mental health evaluation and treatment as directed by Pretrial Services;
>
> 3) The defendant shall not create any new financial accounts without prior approval from Pretrial Services.

      SO ORDERED.

Dated:     February 28, 2023

                                                  Lewis A. Kaplan
                                           United States District Judge