UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -v-<br><br>NISHAD SINGH,<br><br>                    Defendant. | Case No. 22-cr-00673 |

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Russell Capone, a member in good standing of this Court, with offices at Cooley LLP located at 55 Hudson Yards, New York, NY 10001-2157, hereby enters his appearance as counsel of record on behalf of Defendant Nishad Singh in the above-captioned matter.

| | |
|---|---|
| Dated:  New York, New York<br>            July 9, 2024 | Respectfully submitted,<br><br>COOLEY LLP<br><br>By: */s/ Russell Capone*<br>       Russell Capone<br><br>55 Hudson Yards<br>New York, NY 10001-2157<br>Tel. (212) 479-6000<br>Email: (rcapone@cooley.com)<br><br>*Attorney for Defendant Nishad Singh* |

1
