

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 3, 2024

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *United States v. Samuel Bankman-Fried*, et al., 22 Cr. 673 (LAK)

Dear Judge Kaplan:

     The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by:  /s/ Samuel Raymond
     Samuel Raymond
     Assistant United States Attorney
     (212) 637-6519