

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒　Permission to travel to Mexico with discretion for ND/CA to approve any changes in date is **APPROVED**.

☐　Permission to travel to Mexico and the Court requires notification for any changes in date is **APPROVED**.

☐　Permission to travel to Mexico is **DENIED**.

☐　Other:

AND

**THE COURT ORDERS:**

☒　Transfer of Jurisdiction to the Northern District of California is **APPROVED**.

☐　Transfer of Jurisdiction to the Northern District of California is **DENIED**.

_____
Honorable Lewis A Kaplan
Senior United States District Judge

_____2/5/25_____
Date

PROB 12B
(4/15)