| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:22CR00673-4 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR25-00034 TLT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT |
|---|---|
| Nishad Singh<br>San Francisco, California | SOUTHERN DISTRICT OF NEW YORK |
| **FILED**<br>Feb 11 2025<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO | NAME OF SENTENCING JUDGE<br>Lewis A. Kaplan, Senior U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 10/30/2024 TO 10/29/2027 |

**OFFENSE**

Ct. 1: Conspiracy to Commit Wire Fraud on Customers, in Violation of 18 U.S.C. § 1349, Class C Felony; Ct. 2: Wire Fraud on Customers, in Violation of 18 U.S.C. § 1343 and 2, Class C Felony; Ct. 3: Conspiracy to Commit Commodities Fraud, in Violation of 18 U.S.C. § 371, 7 U.S.C. §§ 9(1) and 13(a)(5), 17 C.F.R. § 180.1, Class D Felony; Ct. 4: Conspiracy to Commit Securities Fraud, in Violation of 18 U.S.C. § 371, 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, Class D Felony; Ct. 5: Conspiracy to Commit Money Laundering, in Violation of 18 U.S.C. § 1956(h), Class C Felony; Ct. 6: Conspiracy to Make Unlawful Political Contributions and Defraud the FEC, in Violation of 18 U.S.C. § 371, 52 U.S.C. §§ 30109, 30118, and 30122, Class D Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the Northern District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/5/25_                                    _[signature]_
Date                                              United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Nishad Singh supervision from the Southern District of New York to the Northern District of California, the sealed records of the Court in the above-styled matter relating to Nishad Singh are unsealed for the limited purpose of transferring those records to the United States District Court for the Northern District of California and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_2/10/2025_                                    _[signature]_
Effective Date                                     United States District Judge