USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·22·25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

NISHAD SINGH,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:

**FINAL ORDER OF FORFEITURE**

S4 22 Cr. 673 (LAK)

WHEREAS, on or about October 30, 2024, this Court entered an Amended Consent

Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order

of Forfeiture") (D.E. 532), which ordered the forfeiture to the United States of all right, title and

interest of NISHAD SINGH (the "Defendant") in the following property:

     a.   all that lot or parcel of land, together with its buildings, appurtenances,
         improvements, fixtures, attachments, and easements, located at 421 Scott Hill
         Drive, Orcas Island, Washington 98280 which is more particularly described
         as containing Parcel Number 261531-003-000, within Subdivision PTN. SE-
         NW & PTN. NE-SW, Set 15, Twn 36N, Rng2W, positioned within Latitude
         48.607495 and Longitude -122.934759, and containing the Abbreviated Legal
         Description: PRS SE-NW NE-SW NW-SE TOW VIEW ESMT (PARCEL A
         PER BLM AFN 2022-0412012) Sec 15, T 36N, R.;

     b.   the shares of Series B Preferred Stock in Anthropic PBC, acquired by the
         Defendant on or about May 13, 2022, through the Simple Agreement for
         Future Equity the Defendant purchased in exchange for $40,000,000 on or
         about April 5, 2022;

     c.   Prime Trust Account No. 420034185753 held in the name of the Defendant,
         including any and all funds on deposit therein;

     d.   Prime Trust Account No. 420070608102 held in the name of the Defendant,
         including any and all funds on deposit therein;

     e.   Charles Schwab Account No. 5675-8974 held in the name of the Defendant,
         including any and all funds and securities held therein; and

        f.    A cashier's check in the amount of $235,025.84 drawn from the Defendant's
Wells Fargo Account No. 1248921361.

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 11, 2025, for thirty (30) consecutive days, through March 12, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on April 21, 2025 (D.E. 576);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title, and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
_____4 / 22_____, 2025

SO ORDERED:

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE